# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JAE H. CHOI<br>*Defendant* | MAGISTRATE JUDGE: JAMES B. CLARK, III<br>CASE NO. 20-mj-12360-JBC<br>DATE OF PROCEEDINGS: 9/3/2020<br>DATE OF ARREST: 9/3/2020 |

**PROCEEDINGS:** Initial Appearance

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [x] WAIVER OF HRG.: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $500,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE:_____
- [ ] DETENTION/BAIL HRG.           DATE:_____
- [ ] TRIAL: [ ] COURT [ ] JURY     DATE:_____
- [ ] SENTENCING                    DATE:_____
- [ ] OTHER:_____                  DATE:_____

**APPEARANCES:**

AUSA: Andrew Macurdy

DEFT. COUNSEL: Saverio Viggiano, AFPD

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 3:08 p.m.
TIME TERMINATED: 3:25 p.m.
CD NO: Zoom

Stephen Bond
Stephen Bond, Deputy Clerk