UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. WILLIAM J. MARTINI |
| v. | DOCKET. NO. 20-793 |
| JAE H. CHOI | ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court on the application of defendant, Jae H. Choi, through his counsel, Saverio A. Viggiano, Assistant Federal Public Defender, Andrew Macurdy, Assistant United States Attorney, and David Hernandez, U.S. Pretrial Services, who have no objection, for an Order Temporarily Modifying Conditions of Release, and for good cause shown,

IT IS ON THIS __8th__ day of October 2020,

ORDERED that the Conditions of Release entered on September 3, 2020, be modified as follows:

1. Mr. Choi will be permitted to transport his son to and from his school on a daily basis under the direct supervision of Pre-Trial services.

It is further ORDERED that all other Release Conditions remain in full force and effect.

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE