UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. WILLIAM J. MARTINI |
| v. | DOCKET. NO. 20-793 |
| JAE H. CHOI | ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court on the joint application of defendant, Jae H. Choi, through his counsel, Saverio A. Viggiano, Assistant Federal Public Defender, Andrew Macurdy, Assistant United States Attorney, and David Hernandez, U.S. Pretrial Services, who have no objection, for an Order Modifying Conditions of Release, and for good cause shown,

IT IS ON THIS __2nd__ day of February 2021,

ORDERED that the Conditions of Release entered on September 3, 2020, be modified as follows:

1. Mr. Choi will be permitted a curfew in connection with his current condition mandating house arrest. The curfew will be limited to the hours of 9am to 5pm, Monday through Sunday.

It is further ORDERED that all other Release Conditions remain in full force and effect.

        s/William J. Martini
HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE