**CORRIGAN WELBOURN & STOKKE**
A PROFESSIONAL LAW CORPORATION
4100 NEWPORT PLACE, SUITE 550
NEWPORT BEACH, CA 92660
TELEPHONE 949.251.0330
FACSIMILE 949.251.1181

April 2, 2021

<u>Via ECF</u>
The Honorable Peter G. Sheridan
United States District Judge
District of New Jersey – Trenton Division
402 East State Street
Trenton, New Jersey 08608

Re: *USA v. Kevin M. Dickau, Cr. 20-793 - PGS*

Dear Judge Sheridan,

    I represent Kevin Dickau in the above-referenced matter and have appeared on his behalf before this honorable Court. Attorney Mitchell Ignatoff is my local counsel.
    Mr. Dickau is released on bond and, to my knowledge, he has not suffered any violations of his pretrial release bond conditions.
    Mr. Dickau is currently scheduled to be sentenced in this Case on May 4, 2021 at 11:00 a.m.
    On Mr. Dickau's behalf and with his consent, I am requesting that his sentencing date be continued to September 30, 2021 at 11:00 a.m., or a date that is convenient to the Court. The government and I have conferred, and the government concurs with the request.
    It is my and my client's hope that in person hearings will be available at that time.

Sincerely,

Kate Corrigan