USAO #2020R00782

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Crim. No. 20-793 |
| JAE H. CHOI | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 20-793, against defendant JAE H. CHOI, which was entered on September 16, 2020, charging JAE H. CHOI with four counts of bank fraud, in violation of 18 U.S.C. § 1344; four counts of false statement on a loan application, in violation of 18 U.S.C. § 1014; one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1); and one count of money laundering, in violation of 18 U.S.C. § 1057, due to the death of the defendant JAE H. CHOI .

_____
PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE WILLIAM J. MARTINI
United States District Judge

Dated: 8/25/22